# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Yuri Antonio Scott                                           Docket No. 7:01-CR-77-1F

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Yuri Antonio Scott, who, upon an earlier plea of guilty to Distribution of Cocaine Base, 21 U.S.C. §841(b)(1)(C), Use and Carry a Firearm in Relation to a Drug Trafficking Crime, 18 U.S.C. §924(c)(1)(A)(I) and Distribution in Excess of 5 Grams of Cocaine Base, 21 U.S.C. §841(b)(1)(B), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 6, 2001, to the custody of the Bureau of Prisons for a combined total term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Yuri Antonio Scott was released from custody on August 5, 2011, at which time the term of supervised release commenced.

Yuri Antonio Scott
Docket No. 7:01-CR-77-1F
Petition For Action

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 16, 2013, the releasee submitted to a random urine screen which revealed positive results for marijuana. At first, the releasee denied using any illegal drugs but after further discussion admitted to attending a holiday party and eating brownies that he later heard contained marijuana. He apologized and stated he would comply with any sanctions the court ordered.

This is the first indication of any violation behavior for this releasee. He has maintained employment and a satisfactory residence since his releasee to supervision. As a deterrent to future violation behavior, it is recommended that his conditions be modified to include 24 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
Executed On: January 31, 2014

### ORDER OF COURT

Considered and ordered this 31st day of January, 2014, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge