# UNITED STATES DISTRICT COURT

**for**

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Yuri Antonio Scott**                                      **Docket No. 7:01-CR-77-1F**

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Yuri Antonio Scott, who, upon an earlier plea of guilty to Distribution of Cocaine Base, 21 U.S.C. §841(b)(1)(C), Use and Carry a Firearm in Relation to a Drug Trafficking Crime,18 U.S.C. §924(c)(1)(A)(i) and Distribution in Excess of 5 Grams of Cocaine Base, 21 U.S.C. §841(b)(1)(B),was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 6, 2001, to the custody of the Bureau of Prisons for a total term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1.     The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.     The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3.     The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4.     The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Yuri Antonio Scott was released from custody on August 5, 2011, at which time the term of supervised release commenced.

**Yuri Antonio Scott**
**Docket No. 7:01-CR-77-1F**
**Petition For Action**


On January 31, 2014, the court was apprised the releasee had used marijuana and modified his conditions to include 24 hours of community service work.

On March 28, 2014, the court was apprised the releasee had admitted to using marijuana again to cope with stress. He was admonished and referred to both substance abuse and mental health treatment. The court agreed to hold the violation behavior in abeyance and allow the releasee to participate in treatment.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 19, 2014, the releasee produced a urine screen which was mailed to Alere Labs for testing. On May 27, 2014, the specimen was returned from the lab revealing a positive result for the use of marijuana. When confronted, the releasee admitted to the probation officer that he was struggling with stress and smoking marijuana was his way of coping. He apologized and stated he was attending treatment but had been unable to stop smoking marijuana. The releasee was admonished and told that his continued use of marijuana would not be tolerated.

The releasee was candid about his marijuana use and asked that the probation office allow him to continue with treatment and work towards developing new coping mechanisms. He is currently attending mental health and substance abuse treatment and states that it is beneficial. He conveyed to this officer that his biggest stress factors were providing for his family and being a good father to his young son.

The probation officer believes the releasee may benefit from participating in the Moral Reconation Therapy group facilitated by the probation office. This program was presented to the releasee and he eagerly agreed to attend the class stating it might assist him with learning positive ways to cope with stress. The cognitive behavioral treatment program is designed to enhance one's self image and promote development of positive stages of moral reasoning. It should engage the releasee in positive thinking which should lead to better decision making. The releasee signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**Yuri Antonio Scott**
**Docket No. 7:01-CR-77-1F**
**Petition For Action**

**PRAYING THAT THE COURT WILL ORDER** that supervised release be
modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation
office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the
foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
Executed On: June 13, 2014

**ORDER OF COURT**

Considered and ordered this __16__ day of __June__, 2014, and ordered filed and
made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge