IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:01-CR-00077-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| YURI ANTONIO SCOTT, | ) | |
| Defendant. | ) | |

This matter is before the court on Yuri Antonio Scott's letter motion [DE-51] addressed to the undersigned. In his motion, Scott requests that this court "lift" the federal detainer that has been placed on him. A review of the record reveals that Scott was arrested on state charges while serving his federal time in the Bureau of Prisons. Now, Scott has to finish his state time before he can complete his federal time. The court concludes that Scott properly has a federal detainer pending, and his instant request is meritless. Accordingly, Scott's letter motion [DE-51] is DENIED.

SO ORDERED.

This, the 7 day of November, 2016.

*James C. Fox*

JAMES C. FOX
Senior United States District Judge