UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHRN DIVISION
Criminal No. 7:01-CR-77-1BO
Civil No. 7:19-CV-24-BO

| | | |
|---|---|---|
| Yuri Antonio Scott, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This 13 day of February, 2019.

*Terrence Boyle*

TERRENCE W. BOYLE
CHIEF, US UNITED STATES DISTRICT JUDGE